**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | )    **Case No. 25-cr-70 (ACR)** |
| **TALIB ABDUL-WALI,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

## NOTICE IN SUPPORT OF GOVERNMENT'S MOTION TO DISMISS

Mr. Abdul-Wali, by and through counsel, respectfully writes to inform the Court that Mr. Abdul-Wali does not oppose the government's motion to dismiss the indictment against him without prejudice.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ISRA BHATTY
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004
(202) 208-7500